IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02840-BNB

ASA MEEK,

    Plaintiff,

v.

TOM CLEMENTS, Executive Dir.,
ARISTEDES ZAVARAS, Old Ex. Dir,
KEVIN MILYARD, Warden,
CAPTAIN BROOKS,
LT. FICUS,
AIC COORDINATOR - CATHERINE HOLST,
CHIEF MEDICAL OFFICER PAULA FRANTZ,
TRANSPORT OFFICER DIAZ,
TRANSPORT OFFICER MERRELL, and
FIRST RESPONDERS JANE OR JOHN DOES,

    Defendants..

---

ORDER ASSIGNING CASE

---

After review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case is not appropriate for summary dismissal. Therefore, this case is assigned to District Judge Marcia S. Krieger, pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Michael E. Hegarty. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

    ORDERED that this case is assigned to District Judge Marcia S. Krieger, pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Michael E. Hegarty.

DATED December 19, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge