IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02840-MSK-MEH

ASA MEEK,

    Plaintiff,

v.

TOM CLEMENTS, Executive Dir.,
ARISTEDES ZAVARAS, old Ex. Dir.,
KEVIN MILYARD, Warden,
CAPTAIN BROOKS,
LT. FICUS,
CATHERINE HOLST, AIC Coordinator,
PAULA FRANTZ, Chief Medical Officer,
DIAZ, Transport Officer, and
MERRELL, Transport Officer, 1st Responders Jane and John Does,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 23, 2012**.

    Plaintiff's Motion to Compel [filed January 18, 2012; docket #21], seeking an order compelling Defendants to release the contact information for Defendants Zavares and Holst for purposes of service of process, is **denied as moot**. The docket in this case reflects that the United States Marshal already has been provided requests for service of the Complaint upon the Defendants named herein. *See* docket #11.