IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02840-MSK-MEH

ASA MEEK,

    Plaintiff,

v.

TOM CLEMENTS, Executive Dir.,
ARISTEDES ZAVARAS, old Ex. Dir.,
KEVIN MILYARD, Warden,
CAPTAIN BROOKS,
LT. FICUS,
CATHERINE HOLST, AIC Coordinator,
PAULA FRANTZ, Chief Medical Officer,
DIAZ, Transport Officer, and
MERRELL, Transport Officer, 1st Responders Jane and John Does,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 27, 2012**.

    Plaintiff's Motion [for] Leave [of] Court to Cure All [Deficiencies] and First Amended Complaint [filed January 24, 2012; docket #27], seeking permission from the Court to file his First Amended Complaint, is **denied as moot**. Pursuant to Fed. R. Civ. P. 15(a)(1)(B), a plaintiff may file an amended pleading once as a matter of course within 21 days after service of a responsive pleading. Here, no responses have been yet filed to the original Complaint.

    Therefore, the Clerk of the Court is directed to file and serve the Plaintiff's First Amended Prisoner Complaint, found at docket #27-1.